THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CARLOS A. SKEETE, | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. |
| | : | 5:08-CV-326 (CAR) |
| MIKE MOON, STEPHEN L. SMITH, | : | |
| MOON FAMILY PROPERTY, | : | |
| LOWE MOON FORREST PRODUCT, | : | |
| WILLARD EMERSON, and | : | |
| BRIGHTSTAR CONSTRUCTION, CO., | : | |
| **Defendants.** | : | |

## ORDER ON MOTION FOR RECONSIDERATION

On August 20, 2009, the Court entered an Order (Doc. 26) denying Plaintiff's motion for summary judgment and staying this case pursuant to the abstention doctrine of <u>Colorado River Water Conservation Dist. v. United States</u>, 424 U.S. 800 (1976). Plaintiff has filed a Motion for Reconsideration, which appears twice in the docket of this case, as Documents 27 and 28. Reconsideration is appropriate "only if the movant demonstrates [1] that there has been an intervening change in the law, [2] that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or [3] that the court made a clear error of law." <u>McCoy v. Macon Water Authority</u>, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997). Plaintiff having failed to demonstrate any intervening change of law, newly discovered evidence, or clear error, his Motion for Reconsideration is hereby **DENIED**.

**SO ORDERED** this 30th day of September 2010.

S/ C. Ashley Royal<br>
C. ASHLEY ROYAL, JUDGE<br>
UNITED STATES DISTRICT COURT

chw